UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLINE K. STERNER,

     Plaintiff,                                Case No. 20-cv-12099
                                                Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

     Defendant.

_____/

## **JUDGMENT**

For the reasons stated in the order issued on this date, it is **ORDERED** and

**ADJUDGED** that Plaintiff's Motion for Summary Judgment is **DENIED** and

Defendant's Motion for Summary Judgment is **GRANTED**.

                               /s/Matthew F. Leitman
                               MATTHEW F. LEITMAN
                               UNITED STATES DISTRICT JUDGE

Dated:  March 7, 2022

I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on March 7, 2022, by electronic means and/or ordinary
mail.

                               s/Holly A. Ryan
                               Case Manager
                               (313) 234-5126